William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION            21 MC 102 (AKH)

_____X

OSWALDO LOPEZ (AND WIFE, ELVIA
V LOPEZ)
                                               **NOTICE OF THE
                                               BROOKFIELD
                         v.                    PARTIES' ADOPTION OF
                                               AMENDED ANSWER
                                               TO MASTER
                                               COMPLAINT**

90 CHURCH STREET LIMITED
PARTNERSHIP, ET. AL.,                          CASE NUMBER: (AKH)
                                               06 CV 14807
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc., BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 22 2007

                                    Faust, Goetz, Schenker & Blee, LLP

                                    By: William J. Smith (WJS-9137)
                                    Attorneys for the Brookfield Parties
                                    Two Rector Street, 20th Floor
                                    New York, NY 10006
                                    (212) 363-6900